IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

Vs.

Criminal Action No. 4:03CR70034-003

Thomas King

### ORDER

It appearing to the court, through notification pursuant to 18 U.S.C. § 3664(k), that a change in the defendant's economic circumstances has occurred and has affected the defendant's ability to pay the restitution originally imposed on June 22, 2004, it is hereby

### ORDERED

that the payment schedule currently in effect be adjusted to require monthly installments of $25, unless the defendant or the government files and serves an objection in writing within 10 days.

Entered this 22nd day of June, 2006.

Norman K. Moon
United States District Judge